765 A.2d 1116

Eric ROBERTS, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION PAROLE, Appellee.

No. 126 M.D. Appeal Docket 2000.

Supreme Court of Pennsylvania.

Jan. 23, 2001.

*ORDER*

PER CURIAM:

**AND NOW,** this 23rd day of January, 2001, probable jurisdiction is herewith noted and the order appealed is affirmed.